HARRY L. COHEN, INC., a Dissolved Corporation, by SAMUEL D. MILLER, as Trustee, etc., Respondent, v. PEOPLES NATIONAL BANK OF BROOKLYN, Appellant.

— Motion to resettle order of March 1, 1935, referred to the court that heard the appeal and motion granted to the extent of striking from the order the words " and the facts." Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.